UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KALEMAKIS PANAGIOTIS, *individually and on behalf of others similarly situated*,

                              *Plaintiff*,

-against-

F.E.S. Inc. (DBA as Elias Corner) and Ilias Sidiriglou.

                              *Defendants*.
------------------------------------------------------------------------X

Case No. 19-cv-03902 (PKC)(RML)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Matthew Cohen, Esq., an attorney duly-admitted to this Court, hereby appears as counsel for Defendant F.E.S. INC. (D/B/A AS ELIAS CORNER) and the estate of Ilias Sidiroglou[1], s/h/a Ilias Sidiriglou (collectively the "Defendants"). Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
           July 26, 2019

                      **KAUFMAN DOLOWICH & VOLUCK, LLP**

                      By: _/s/ Matthew Cohen_____
                      Matthew Cohen, Esq.
                      mcohen@kdvlaw.com
                      135 Crossways Park Drive, Suite 201
                      Woodbury, New York 11797
                      Phone: (516) 681-1100
                      Fax:  (516) 681-1101
                      *Attorneys for Defendants*

CC:   All Counsel of Record (*via ECF*)

4839-4284-7389, v. 1

---

[1] Defendant Ilias Sidiroglou was incorrectly identified in the caption as "Ilias Sidiriglou."